# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DERRELL SHIELDS, | : | Case No. 2:25-cv-951 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Michael H. Watson |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, CORRECTIONAL | : | |
| RECEPTION CENTER, | : | |
| | : | |
| Respondent. | : | |

# ORDER

This case is currently before the Court upon Respondent's Motion for Extension of Time. (Doc. #5). Respondent moves for an extension of time, through and including December 23, 2025, in which to respond to Petitioner's petition for a writ of habeas corpus. *Id.*

For good cause shown, Respondent's Motion for Extension of Time (Doc. #5) is hereby **GRANTED**. Accordingly, Respondent's Answer is due on or before **December 23, 2025**.

**IT IS SO ORDERED.**

October 24, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge