**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DERRELL SHIELDS, | : | Case No. 2:25-cv-951 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Michael H. Watson |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, CORRECTIONAL | : | |
| RECEPTION CENTER, | : | |
| | : | |
| Respondent. | : | |

---

**ORDER**

---

This case is currently before the Court upon Petitioner's Motion for Extension of Time. (Doc. #11). Petitioner moves for an extension of time, through and including March 16, 2026, in which to respond to Respondent's return of writ. *Id.*

For good cause shown, Petitioner's Motion for Extension of Time (Doc. #11) is hereby **GRANTED**. Accordingly, Petitioner's response to Respondent's return of writ is due on or before **March 16, 2026**.

**IT IS SO ORDERED.**

January 23, 2026                              *s/Peter B. Silvain, Jr.*
                                             Peter B. Silvain, Jr.
                                             United States Magistrate Judge